| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy            06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Florida Monster Chef, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

VINES Grille + Wine Bar

**3. Debtor's federal Employer Identification Number (EIN)**  82-3373404

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 7533 W Sand Lake Road<br>Orlando, FL 32819 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Orange | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Florida Monster Chef, LLC**        Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **Florida Monster Chef, LLC**  Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Florida Monster Chef, LLC**  Case number (*if known*)
Name

☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | Florida Monster Chef, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/17/2024
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Jayson Lopez
Printed name

Title  Managing Member

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  12/17/2024
MM / DD / YYYY

Justin M. Luna 0037131
Printed name

Latham Luna Eden & Beaudine LLP
Firm name

201 S. Orange Avenue
Suite 1400
Orlando, FL 32801
Number, Street, City, State & ZIP Code

Contact phone  (407) 481-5800    Email address  jluna@lathamluna.com

0037131 FL
Bar number and State

Fill in this information to identify the case:
Debtor name: **Florida Monster Chef, LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ADP** <br> **1501 Yamato Rd.** <br> **Boca Raton, FL 33431** | | **Vendor** | | | | **$16,900.00** |
| **Allen Brothers** <br> **PO Box 1720** <br> **Winter Park, FL 32790** | | **Vendor** | | | | **$28,000.00** |
| **ALSCO** <br> **1213 South Division Ave.** <br> **Orlando, FL 32805** | | **Vendor** | | | | **$3,200.00** |
| **Buckhead Meat Vendor** <br> **10310 Greens Crossing Blvd.** <br> **Houston, TX 77038** | | **Vendor** | | | | **$18,000.00** |
| **Cheney Bros Inc.** <br> **2801 W Silver Springs Blvd.** <br> **Ocala, FL 34475** | | | | | | **$15,870.00** |
| **CINTAS** <br> **4392 SW 34th St.** <br> **Orlando, FL 32811** | | **Services** | | | | **$8,500.00** |
| **Core Fountains LLC** <br> **Fountains at Bay Hill III** <br> **PO Box 14127** <br> **North Palm Beach, FL 33408** | | **Rent** | | | | **$41,000.00** |
| **CT Corporation System** <br> **330 N Brand Ave Suite 700** <br> **Glendale, CA 91203** | | | | | | **$0.00** |

Debtor **Florida Monster Chef, LLC**     Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Services**<br>4648 Old Winter Garden Rd.<br>Orlando, FL 32811 | | | | | | $1,500.00 |
| **Florida Department of Revenue**<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | | **Sales Tax** | | | | $78,000.00 |
| **Florida Dept of Revenue**<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | | **Payroll Taxes** | | | | $85,000.00 |
| **Kapitus Loan**<br>120 West 45th Street<br>New York, NY 10036 | | | | | | $146,000.00 |
| **Leaf Capital Funding, LLC**<br>2005 Market Street<br>14th Floor<br>Philadelphia, PA 19190-3000 | | | | $200,000.00 | $0.00 | $200,000.00 |
| **Navitas Credit Corp.**<br>201 Executive Center Dr.<br>Suite 100<br>Columbia, SC 29210 | | | | | | $0.00 |
| **Northstar Seafood**<br>10310 Greens Crossing Blvd.<br>Houston, TX 77038 | | **Vendor** | | | | $12,000.00 |
| **Sysco Produce**<br>1390 Enclave Parkway<br>Houston, TX 77077 | | **Vendor** | | | | $18,000.00 |
| **The Chefs Warehouse**<br>100 East Ridge Rd.<br>Ridgefield, CT 06877 | | **Vendor** | | | | $8,500.00 |
| **US Foods**<br>9399 West Higgins Rd.<br>Suite 100<br>Des Plaines, IL 60018 | | **Vendor** | | | | $12,300.00 |

# United States Bankruptcy Court
## Middle District of Florida

In re: **Florida Monster Chef, LLC**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jayson Lopez<br>5354 Bay Side Dr.<br>Orlando, FL 32819 | | 80% | Managing Member |
| Shaun Carrero<br>7533 W Sand Lake Road<br>Orlando, FL 32819 | | 20% | Managing Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  12/17/2024                      Signature  *Jayson Lopez*

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. *18 U.S.C. §§ 152 and 3571.*

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Middle District of Florida

In re  Florida Monster Chef, LLC  
Debtor(s)

Case No.  
Chapter  11

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 12/17/2024

Jayson Lopez/Managing Member  
Signer/Title

Florida Monster Chef, LLC - - Pg. 1 of 1

Florida Monster Chef, LLC
7533 W Sand Lake Road
Orlando, FL 32819

CT Corporation System
330 N Brand Ave
Suite 700
Glendale, CA 91203

Shaun Carrero
7533 W Sand Lake Road
Orlando, FL 32819

Justin M. Luna
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801

First Services
4648 Old Winter Garden Rd.
Orlando, FL 32811

Sysco Produce
1390 Enclave Parkway
Houston, TX 77077

ADP
1501 Yamato Rd.
Boca Raton, FL 33431

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee, FL 32314-6668

The Chefs Warehouse
100 East Ridge Rd.
Ridgefield, CT 06877

Allen Brothers
PO Box 1720
Winter Park, FL 32790

Florida Dept of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee, FL 32314-6668

US Foods
9399 West Higgins Rd.
Suite 100
Des Plaines, IL 60018

ALSCO
1213 South Division Ave.
Orlando, FL 32805

Jayson Lopez
5354 Bay Side Dr.
Orlando, FL 32819

Warren & Grant, P.A.
c/o Michael L. Grant, Esq.
4800 N. Federal Highway
Suite A-205
Boca Raton, FL 33431

Buckhead Meat Vendor
10310 Greens Crossing Blvd.
Houston, TX 77038

Kapitus Loan
120 West 45th Street
New York, NY 10036

Cheney Bros Inc.
2801 W Silver Springs Blvd.
Ocala, FL 34475

Leaf Capital Funding, LLC
2005 Market Street
14th Floor
Philadelphia, PA 19190-3000

CINTAS
4392 SW 34th St.
Orlando, FL 32811

Navitas Credit Corp.
201 Executive Center Dr.
Suite 100
Columbia, SC 29210

Core Fountains LLC
Fountains at Bay Hill III
PO Box 14127
North Palm Beach, FL 33408

Northstar Seafood
10310 Greens Crossing Blvd.
Houston, TX 77038

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Florida Monster Chef, LLC**　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter　**11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ 26,738.00 |
    | Prior to the filing of this statement I have received | $ 26,738.00 |
    | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

    ■ Debtor　　□ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor　　□ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/17/2024
*Date*

*/s/ Justin M. Luna*
**Justin M. Luna 0037131**
*Signature of Attorney*
**Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801
(407) 481-5800  Fax: (407) 481-5801
jluna@lathamluna.com**
*Name of law firm*