**Fill in this information to identify the case:**

Debtor Name _Florida Monster Chef_

United States Bankruptcy Court for the: Middle District of Florida

Case number: _6:24-bk-06830-TPG_

☐ Check if this is an
amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: _January_

Date report filed: _____
MM / DD / YYYY

Line of business: _Restaurant_

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: _Florida Monster Chef_

Original signature of responsible party _____

Printed name of responsible party _Jayson Lopez_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

*If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.*

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

*If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.*

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?   ❏   ❏   ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❏   ❏   ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.   $  6,306.64

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $  238,343.43

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $  217,072.03

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.   + $  27,578.04

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $  33,884.68

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when it is due. Report the total from *Exhibit E* here.

24. **Total payables**   $  32,745.21

    *(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                    $ 0

  *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    39

27. What is the number of employees as of the date of this monthly report?       41

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?         $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 2,000

30. How much have you paid this month in other professional fees?                                   $ 1,000

31. How much have you paid in total other professional fees since filing the case?                  $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 243,253.41 | − | $ 7,769.81 | = | $ 1,269.81 |
| 33. **Cash disbursements** | $ 221,360.61 | − | $ 0 | = | $ 0 |
| 34. **Net cash flow** | $ 6,500 | − | $ 7,769.81 | = | $ 1,689.81 |

35. Total projected cash receipts for the next month:                        .                 .         $ 8,500

36. Total projected cash disbursements for the next month:                                            − $ 8,500

37. Total projected net cash flow for the next month:                                                 = $ 0

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# SCHEDULE OF RECEIPTS AND DISBURSEMENTS
## FOR THE PERIOD BEGINNING 01/01/2025 AND ENDING 01/31/2025

Name of Debtor: Florida Monster Chef     Case Number 6:24-bk-06830-TPG

Date of Petition: 12/17/2024

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 6,306.64 (a) | 62,206.88 (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | 238,343.43 | 288,871.34 |
| Minus: Cash Refunds | (-) 0 | |
| Net Cash Sales | 248,343.43 | 253,871.34 |
| B. Accounts Receivable | 0 | 0 |
| C. Other Receipts *(See MOR-3)* | 0 | 0 |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | 238,343.43 | 243,871.43 |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)*** | 238,343.43 | 419,971.28 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | 10,461.48 | 11,631.48 |
| B. Bank Charges | 107.50 | 220.00 |
| C. Contract Labor | 66,583.00 | 66,583.00 |
| D. Fixed Asset Payments (not incl. in "N") | | 3000.00 |
| E. Insurance | 0 | |
| F. Inventory Payments *(See Attach. 2)* | 32,745.01 | 64,605.01 |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net *(See Attachment 4B)* | 113,830.90 | |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent | 27,689.51 | 55,379.02 |
| M. Repairs & Maintenance | 780.45 | |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | 233.76 | 448.71 |
| S. Travel & Entertainment | 129.84 | |
| Y. U.S. Trustee Quarterly Fees | 1,000.00 | 1,000.00 |
| U. Utilities | 9,630.95 | 14,280.45 |
| V. Vehicle Expenses | 311.37 | 559.23 |
| W. Other Operating Expenses *(See MOR-3)* | 2,197.85 | 20,821.26 |
| **6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)*** | 217,072.03 | 379,056.41 |
| **7. ENDING BALANCE *(Line 4 Minus Line 6)*** | 27,578.04 (c) | 40,914.87 (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This 21 day of Feb , 20 25 .

_____
(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| TOTAL OTHER RECEIPTS | _____ | _____ |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| TOTAL OTHER DISBURSEMENTS | _____ | _____ |

# NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.

# CHECK REGISTER

Name of Debtor: Florida Monster Chef          Case Number: 6:24-bk-06830-TPG

Reporting Period beginning: 01/01/2025          Period ending: 01/31/2025

NAME OF BANK: _____   BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |

TOTAL                                                    $

**APPENDIX B**

# bluevine

Bluevine Inc.
30 Montgomery St, Suite 1400
Jersey City, NJ 07302
www.bluevine.com
+1 (888) 216-9619

FLORIDA MONSTER CHEF

Jayson Lopez

7533 West Sand Lake Road

Sand Lake, FL 32819

## Account statement

**Account Number:**
7339

**Statement Period:**
January 2025 (Jan. 1, 2025 - Jan. 31, 2025)

## Activity summary

| | |
|---|---|
| **Beginning Balance on 01/01/2025** | $6,306.64 |
| **Deposits/credits** | $238,343.43 |
| **Withdrawals/debits** | $-217,072.03 |
| **Ending balance on 01/31/2025** | **$27,578.04** |

## Transactions

| Date | Description | Amount |
|---|---|---|
| **01/01/25** | RESTAURANT DEPOT, WHITESTONE, NY | $-1,895.15 |
| **01/01/25** | PUBLIX SUPER MAR 7524, ORLANDO, FLUS | $-466.32 |
| **01/01/25** | Interest earned in December 2024 | $37.17 |
| **01/01/25** | TRELLO.COM* ATLASSIAN, +14157011110, NY | $-75.00 |
| **01/01/25** | PUBLIX #133, ORLANDO, FL | $-186.57 |
| **01/01/25** | PUBLIX #1439, ORLANDO, FL | $-148.71 |
| **01/01/25** | TROPICAL SMOOTHIE CAFE, ORLANDO, FL | $-18.60 |
| **01/01/25** | Amazon.com, Amzn.com/bill, WA | $-30.90 |
| **01/02/25** | PATRIOT SOFTWARE, LLC, CANTON, OH | $-177.00 |

| Date | Description | Amount |
|---|---|---|
| 01/02/25 | Google GSUITE_vinesgri, Mountain View, CA | $-151.20 |
| 01/02/25 | Citizens, NET SETLMT | $2,063.50 |
| 01/02/25 | FAIRE WHOLESALE, ORDER | $-251.04 |
| 01/02/25 | Citizens, NET SETLMT | $14,905.24 |
| 01/02/25 | Rewards Network, SETTLEMENT | $-1,640.16 |
| 01/02/25 | Tripleseat Softw, 9782916436, | $-281.86 |
| 01/02/25 | STRATEGY EXECUTI, EWA | $-315.26 |
| 01/03/25 | IN *TRANSFIRST MEDIA,, ORLANDO, FL | $-750.00 |
| 01/03/25 | TST*ANTHONYS THORNTON, Orlando, FL | $-46.20 |
| 01/03/25 | 7SHIFTS, +18889795877, DE | $-76.99 |
| 01/03/25 | Spotify USA, New York, NY | $-13.52 |
| 01/03/25 | ACH payment to Epicenter Mu... | $-2,500.00 |
| 01/03/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-45.00 |
| 01/03/25 | Prime Video TVOD, 888-802-3080, WA | $-22.53 |
| 01/03/25 | Spectrum, 855-707-7328, MO | $-233.76 |
| 01/03/25 | 04400072750941 7-ELEVEN, Orlando, FL | $-80.00 |
| 01/04/25 | SQ *STARLYN BENITEZ, gosq.com, TX | $-1,200.00 |
| 01/04/25 | Prime Video TVOD, 888-802-3080, WA | $-22.53 |
| 01/04/25 | Ashberry Water Conditi, TAMPA, FL | $-59.95 |
| 01/04/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-111.60 |
| 01/05/25 | IN *PERFECT REAL ESTAT, CORAL SPRINGS, FL | $-85.00 |
| 01/06/25 | Citizens, NET SETLMT | $5,760.21 |
| 01/06/25 | ACH payment to Joanna Walters | $-1,500.00 |
| 01/06/25 | Citizens, NET SETLMT | $3,983.10 |
| 01/06/25 | N2CO (N2CO.COM), +18443435378, TX | $-250.00 |
| 01/06/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-45.00 |
| 01/06/25 | Same-day ACH to Tomica Antoine | $-674.77 |
| 01/06/25 | Same-day ACH fee | $-5.00 |

| Date | Description | Amount |
|---|---|---|
| 01/06/25 | SPECTRUM, SPECTRUM , 6323477 | $-208.95 |
| 01/06/25 | Citizens, NET SETLMT | $9,075.24 |
| 01/07/25 | PUBLIX #133, ORLANDO, FL | $-38.86 |
| 01/07/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-45.00 |
| 01/07/25 | ACH payment to Mr Greenjean... | $-798.48 |
| 01/07/25 | GAS SOUTH LLC, GASSOUTH , 7560692 | $-277.97 |
| 01/07/25 | ACH payment to Napolean Hol... | $-1,250.00 |
| 01/07/25 | TECO/PEOPLE GAS, UTILITYBIL | $-377.10 |
| 01/07/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-61.08 |
| 01/07/25 | SP+AFF * DEAL GENIUS, 855-423-3729, CA | $-24.00 |
| 01/07/25 | TOTALWINE 920 DIGITAL, ORLANDO, FL | $-438.95 |
| 01/07/25 | PUBLIX #133, ORLANDO, FL | $-28.85 |
| 01/08/25 | Transfer from Payroll Account 2054 | $6,730.00 |
| 01/08/25 | SPI*DUKE-ENERGY, CHARLOTTE, NC | $-2,839.87 |
| 01/08/25 | Citizens, NET SETLMT | $2,774.52 |
| 01/08/25 | Rewards Network, SETTLEMENT | $-727.96 |
| 01/08/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-45.00 |
| 01/08/25 | RESTAURANT DEPOT, WHITESTONE, NY | $-1,903.72 |
| 01/09/25 | 900002499 WM SUPERC Wal-Mart Sup, ORLANDO, FL | $-1,154.56 |
| 01/09/25 | 7-ELEVEN 27509, ORLANDO, FL | $-10.01 |
| 01/09/25 | Transfer from Vendor Account 7122 | $200.00 |
| 01/09/25 | STRATEGY EXECUTI, EWA | $-126.14 |
| 01/09/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-45.00 |
| 01/09/25 | Transfer from Payroll Account 2054 | $2,000.00 |
| 01/09/25 | Transfer from Payroll Account 2054 | $1,800.00 |
| 01/09/25 | Transfer to Payroll Account 2054 | $-3,500.00 |
| 01/09/25 | Wire to Core Fountains | $-27,689.51 |
| 01/09/25 | Citizens, NET SETLMT | $4,096.17 |

| Date | Description | Amount |
|---|---|---|
| 01/09/25 | Wire fee | $-7.50 |
| 01/10/25 | Citizens, NET SETLMT | $7,462.34 |
| 01/10/25 | TOAST, INC., 20241231-6 | $9.21 |
| 01/10/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-45.00 |
| 01/10/25 | BRANDCODERS, ORLANDO, FL | $-249.00 |
| 01/10/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-51.33 |
| 01/10/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-10.64 |
| 01/10/25 | Orlando Super Source, OCOEE, FL | $-2,001.42 |
| 01/11/25 | DOUCE FRANCE BAKERY, WINTER GARDEN, FL | $-462.43 |
| 01/11/25 | Transfer from Payroll Account 2054 | $2,000.00 |
| 01/11/25 | Transfer to Payroll Account 2054 | $-6,500.00 |
| 01/11/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-28.74 |
| 01/11/25 | 7-ELEVEN 27509, ORLANDO, FL | $-64.89 |
| 01/11/25 | 7-ELEVEN 27509, ORLANDO, FL | $-34.06 |
| 01/11/25 | PUBLIX #133, ORLANDO, FL | $-76.51 |
| 01/11/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-45.00 |
| 01/11/25 | RESTAURANT DEPOT, WHITESTONE, NY | $-1,262.56 |
| 01/12/25 | TOTALWINE 920 DIGITAL, ORLANDO, FL | $-1,625.78 |
| 01/12/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-8.18 |
| 01/13/25 | ACH payment to Oxford Cigar... | $-388.96 |
| 01/13/25 | ACH payment to Lizs Legacy Inc | $-750.00 |
| 01/13/25 | Check payment to Deion Corra | $-1,432.94 |
| 01/13/25 | Check payment to Deion Corra | $-487.69 |
| 01/13/25 | Citizens, NET SETLMT | $13,436.05 |
| 01/13/25 | Citizens, NET SETLMT | $8,244.02 |
| 01/13/25 | Citizens, NET SETLMT | $3,626.55 |
| 01/13/25 | Check payment to Deion Corra | $-1,432.94 |
| 01/13/25 | Transfer to Payroll Account 2054 | $-8,000.00 |

| Date | Description | Amount |
|---|---|---|
| 01/13/25 | ACH payment to Joanna Walters | $-1,500.00 |
| 01/13/25 | ACH payment to Nora Stoney | $-300.00 |
| 01/13/25 | PUBLIX #133, ORLANDO, FL | $-77.78 |
| 01/13/25 | TOTAL WINE AND MORE 92, ORLANDO, FL | $-30.85 |
| 01/13/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-45.00 |
| 01/13/25 | TOTAL WINE AND MORE 92, ALTAMONTE SPR, FL | $-249.15 |
| 01/13/25 | Transfer to Vendor Account 7122 | $-3,000.00 |
| 01/14/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-28.74 |
| 01/14/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-0.77 |
| 01/14/25 | FNBTECH SUBSCRIPTION, +18443677700, CA | $-476.78 |
| 01/14/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-45.00 |
| 01/14/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-60.72 |
| 01/14/25 | PUBLIX #1439, ORLANDO, FL | $-34.07 |
| 01/14/25 | ROSS STORES #1507, ORLANDO, FL | $-32.97 |
| 01/14/25 | PUBLIX #1439, ORLANDO, FL | $-244.92 |
| 01/14/25 | Wix.Com, Inc. 11562482, New York, NY | $-27.00 |
| 01/15/25 | Bluevine Premier Fee | $-95.00 |
| 01/15/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-43.24 |
| 01/15/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-26.59 |
| 01/15/25 | Rewards Network, SETTLEMENT | $-694.43 |
| 01/15/25 | Citizens, NET SETLMT | $5,124.52 |
| 01/15/25 | DOUCE FRANCE BAKERY, WINTER GARDEN, FL | $-359.31 |
| 01/15/25 | GOOGLE *YouTube TV, 650-253-0000, CA | $-82.45 |
| 01/15/25 | TOTALWINE 920 DIGITAL, ORLANDO, FL | $-773.40 |
| 01/15/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-43.65 |
| 01/15/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-10.64 |
| 01/15/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-21.29 |
| 01/15/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-45.00 |

| Date | Description | Amount |
|---|---|---|
| 01/15/25 | MED PLAZA 2501 N ORANG, ORLANDO, FL | $-15.00 |
| 01/15/25 | Toast, Inc, Toast, Inc | $-852.85 |
| 01/15/25 | SIGNS365.COM, SHELBY TOWNSH, MI | $-26.00 |
| 01/15/25 | CVS/PHARMACY #04108, ORLANDO, FL | $-9.99 |
| 01/16/25 | Check payment to Florida St... | $-166.16 |
| 01/16/25 | PUBLIX #1439, ORLANDO, FL | $-3.18 |
| 01/16/25 | PUBLIX SUPER MAR 7524, ORLANDO, FLUS | $-736.58 |
| 01/16/25 | Citizens, NET SETLMT | $4,189.19 |
| 01/16/25 | IN *TRANSFIRST MEDIA,, ORLANDO, FL | $-750.00 |
| 01/16/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-45.00 |
| 01/16/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-18.09 |
| 01/16/25 | HYPERION CS, +14073056655, FL | $-780.45 |
| 01/16/25 | Jayson Lopez - Deposit Account | $0.19 |
| 01/17/25 | ACH payment to Mr Greenjean... | $-1,210.78 |
| 01/17/25 | Transfer to Vendor Account 7122 | $-14,400.00 |
| 01/17/25 | Citizens, NET SETLMT | $13,256.44 |
| 01/17/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-45.00 |
| 01/17/25 | 7-ELEVEN 27509, ORLANDO, FL | $-68.90 |
| 01/17/25 | BRANDCODERS, ORLANDO, FL | $-249.00 |
| 01/17/25 | PUBLIX #1439, ORLANDO, FL | $-177.64 |
| 01/17/25 | PUBLIX #1439, ORLANDO, FL | $-120.16 |
| 01/17/25 | Amazon.com, Amzn.com/bill, WA | $-104.50 |
| 01/17/25 | PUBLIX #133, ORLANDO, FL | $-65.49 |
| 01/18/25 | OPENTABLE, 800-673-6822, CA | $-1,076.50 |
| 01/18/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-45.00 |
| 01/18/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-29.80 |
| 01/18/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-21.29 |
| 01/18/25 | AMAZON MKTPLACE PMTS Amzn.com/bill WA | $10.64 |

| Date | Description | Amount |
|---|---|---|
| 01/18/25 | AMAZON MKTPLACE PMTS Amzn.com/bill WA | $7.43 |
| 01/18/25 | PUBLIX #133, ORLANDO, FL | $-23.58 |
| 01/19/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-7.44 |
| 01/19/25 | TOTALWINE 920 DIGITAL, ORLANDO, FL | $-844.77 |
| 01/19/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-26.61 |
| 01/19/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-48.03 |
| 01/20/25 | PUBLIX #133, ORLANDO, FL | $-64.79 |
| 01/20/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-51.72 |
| 01/20/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-21.29 |
| 01/20/25 | APPLE.COM/BILL, 866-712-7753, CA | $-19.99 |
| 01/20/25 | Transfer to Payroll Account 2054 | $-3,250.00 |
| 01/21/25 | Transfer to Vendor Account 7122 | $-1,800.00 |
| 01/21/25 | Transfer to Vendor Account 7122 | $-20,000.00 |
| 01/21/25 | Citizens, NET SETLMT | $1,959.96 |
| 01/21/25 | Citizens, NET SETLMT | $9,475.08 |
| 01/21/25 | Citizens, NET SETLMT | $8,706.29 |
| 01/21/25 | Transfer to Vendor Account 7122 | $-1,800.00 |
| 01/21/25 | Citizens, NET SETLMT | $11,744.38 |
| 01/21/25 | Toast, Inc, Toast, Inc | $-852.85 |
| 01/21/25 | SP+AFF * DEAL GENIUS, 855-423-3729, CA | $-24.00 |
| 01/21/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-51.48 |
| 01/21/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-66.00 |
| 01/21/25 | RESTAURANT DEPOT, WHITESTONE, NY | $-2,397.51 |
| 01/21/25 | Amazon.com, Amzn.com/bill, WA | $-12.78 |
| 01/21/25 | RED ROBIN NO 554, ORLANDO, FL | $-87.72 |
| 01/22/25 | Citizens, NET SETLMT | $480.40 |
| 01/22/25 | CVS/PHARMACY #04108, ORLANDO, FL | $-8.87 |
| 01/22/25 | Rewards Network, SETTLEMENT | $-2,071.02 |

| Date | Description | Amount |
|---|---|---|
| 01/22/25 | fintech.net, FintechEFT | $-451.20 |
| 01/22/25 | STRATEX PARTNERS, PAY CARD | $-1,062.57 |
| 01/22/25 | SQ *GOSQ.COM RENZO MIR, gosq.com, NJ | $-700.00 |
| 01/22/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-45.00 |
| 01/22/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-35.44 |
| 01/22/25 | TOTALWINE 920 DIGITAL, ORLANDO, FL | $-333.08 |
| 01/22/25 | ACH payment to Colmenarch LLC | $-285.00 |
| 01/22/25 | Check payment to L Todd Budgen | $-1,000.00 |
| 01/23/25 | PUBLIX #1439, ORLANDO, FL | $-88.96 |
| 01/23/25 | CORNER MARKET, ORLANDO, FL | $-70.00 |
| 01/23/25 | CVS/PHARMACY #04108, ORLANDO, FL | $-53.80 |
| 01/23/25 | Transfer to Payroll Account 2054 | $-5,250.00 |
| 01/23/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-45.00 |
| 01/23/25 | INTUIT *QBooks Online, CL.INTUIT.COM, CA | $-99.00 |
| 01/23/25 | EXTRA SPACE 7590, ORLANDO, FL | $-455.74 |
| 01/23/25 | AMAZON MKTPLACE PMTS Amzn.com/bill WA | $7.40 |
| 01/23/25 | AMAZON MKTPLACE PMTS Amzn.com/bill WA | $26.61 |
| 01/23/25 | FAIRE WHOLESALE, ORDER | $-187.38 |
| 01/23/25 | FAIRE WHOLESALE, ORDER | $-160.64 |
| 01/23/25 | STRATEGY EXECUTI, EWA | $-385.77 |
| 01/23/25 | Citizens, NET SETLMT | $7,896.02 |
| 01/24/25 | TOTAL WINE AND MORE 92, ORLANDO, FL | $-275.15 |
| 01/24/25 | Citizens, NET SETLMT | $11,940.21 |
| 01/24/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-45.00 |
| 01/24/25 | Amazon.com, Amzn.com/bill, WA | $-29.29 |
| 01/24/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-21.29 |
| 01/24/25 | TOTALWINE 920 DIGITAL, ORLANDO, FL | $-1,244.02 |
| 01/24/25 | 7-ELEVEN 27509, ORLANDO, FL | $-34.06 |

| | | |
|---|---|---:|
| **01/25/25** | FCC ENVIRONMENTAL, THE WOODLANDS, TX | $-765.60 |
| **01/25/25** | Amazon.com Amzn.com/bill WA | $12.78 |
| **01/25/25** | TRADER JOE S #76 TRADE, ORLANDO, FLUS | $-2.13 |
| **01/25/25** | TRADER JOE S #76 TRADE, ORLANDO, FLUS | $-28.63 |
| **01/25/25** | Transfer to Payroll Account 2054 | $-10,000.00 |
| **01/25/25** | FEDEX OFFICE 5709, ORLANDO, FL | $-46.33 |
| **01/25/25** | FEDEX OFFICE 5709, ORLANDO, FL | $-28.86 |
| **01/25/25** | THE LAUNDRY ROOM, ORLANDO, FL | $-60.60 |
| **01/25/25** | Quench USA, Inc., King of Pruss, PA | $-388.73 |
| **01/25/25** | PAYPAL *PYPL Payin4, 8882211161, CA | $-27.00 |
| **01/25/25** | TST*CFS DR. PHILIPS, Orlando, FL | $-42.12 |
| **01/25/25** | RESTAURANT DEPOT, WHITESTONE, NY | $-616.92 |
| **01/25/25** | Ashberry Water Conditi, TAMPA, FL | $-589.42 |
| **01/26/25** | WIX.COM 1158795403, +14154494724, CA | $-72.00 |
| **01/26/25** | IN *ORLANDO PARKING SO, ORLANDO, FL | $-575.00 |
| **01/26/25** | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-28.73 |
| **01/26/25** | 04400073488001 7-ELEVEN, Orlando, FL | $-60.00 |
| **01/26/25** | CVS/PHARMACY #04108, ORLANDO, FL | $-11.70 |
| **01/26/25** | AMZN Mktp US, Amzn.com/bill, WA | $-122.48 |
| **01/27/25** | PUBLIX #133, ORLANDO, FL | $-45.95 |
| **01/27/25** | PUBLIX #133, ORLANDO, FL | $-114.31 |
| **01/27/25** | PUBLIX #1439, ORLANDO, FL | $-178.00 |
| **01/27/25** | THE LAUNDRY ROOM, ORLANDO, FL | $-72.60 |
| **01/27/25** | SP JASEL JEWELRY, +14159498309, FL | $-100.00 |
| **01/27/25** | Transfer to Vendor Account 7122 | $-20,000.00 |
| **01/27/25** | Citizens, NET SETLMT | $5,330.18 |
| **01/27/25** | Citizens, NET SETLMT | $18,239.95 |
| **01/27/25** | PAYPAL, TRANSFER , ZAPIER | $-29.99 |

| Date | Description | Amount |
|---|---|---|
| 01/27/25 | Citizens, NET SETLMT | $11,994.38 |
| 01/28/25 | Citizens, NET SETLMT | $5,232.04 |
| 01/28/25 | AMAZON.COM.PAYMENTS, SEATTLE, WA | $-136.88 |
| 01/28/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-63.36 |
| 01/28/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-50.76 |
| 01/28/25 | PENTAGON FEDERAL, TRNSFR DR , 306790006332125 | $-279.00 |
| 01/29/25 | WAWA 5130, ORLANDO, FL | $-30.82 |
| 01/29/25 | AMZN TradeIn, Amzn.com/bill, WA | $-10.00 |
| 01/29/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-45.00 |
| 01/29/25 | Transfer to Payroll Account 2054 | $-17,000.00 |
| 01/29/25 | PUBLIX #1439, ORLANDO, FL | $-58.02 |
| 01/29/25 | PUBLIX #1439, ORLANDO, FL | $-51.35 |
| 01/29/25 | PUBLIX #1439, ORLANDO, FL | $-280.19 |
| 01/29/25 | Citizens, NET SETLMT | $6,124.81 |
| 01/29/25 | AMAZON MKTPLACE PMTS Amzn.com/bill WA | $9.57 |
| 01/29/25 | AMAZON MKTPLACE PMTS Amzn.com/bill WA | $13.39 |
| 01/29/25 | STRIPE, TRANSFER | $84.10 |
| 01/29/25 | Transfer from Payroll Account 2054 | $250.00 |
| 01/29/25 | RESTAURANT DEPOT, WHITESTONE, NY | $-3,287.88 |
| 01/29/25 | PUBLIX #1439, ORLANDO, FL | $-80.91 |
| 01/29/25 | DOUCE FRANCE BAKERY, WINTER GARDEN, FL | $-691.82 |
| 01/29/25 | Rewards Network, SETTLEMENT | $-2,353.68 |
| 01/30/25 | EXXON REBEL# 853, ORLANDO, FL | $-63.63 |
| 01/30/25 | Citizens, NET SETLMT | $17,643.53 |
| 01/30/25 | TOTALWINE 920 DIGITAL, ORLANDO, FL | $-1,602.25 |
| 01/30/25 | THE LAUNDRY ROOM, ORLANDO, FL | $-45.00 |
| 01/30/25 | 04400072968241 7-ELEVEN, Orlando, FL | $-60.00 |
| 01/30/25 | Orlando Super Source, OCOEE, FL | $-938.92 |

| | | |
|---|---|---|
| **01/31/25** | Spectrum, 855-707-7328, MO | $-233.76 |
| **01/31/25** | PUBLIX #1439, ORLANDO, FL | $-214.54 |
| **01/31/25** | Citizens, NET SETLMT | $4,228.21 |
| **01/31/25** | WILD FORK FOODS - DR P, ORLANDO, FL | $-131.82 |
| **01/31/25** | TST*CFS DR. PHILIPS, Orlando, FL | $-43.56 |
| **01/31/25** | THE LAUNDRY ROOM, ORLANDO, FL | $-47.88 |
| **01/31/25** | GOOGLE*YOUTUBE TV, G.CO/HELPPAY#, CA | $-93.75 |
| **01/31/25** | Citizens, NET SETLMT | $6,152.41 |

The ending balance appearing under account activity summary on this statement reflects the ending balance on the last business day of the month and does not include the accrued monthly interest, if any.

In case of errors or questions about your electronic funds transfers or non-electronic transactions, contact Customer Support at **1-888-216-9619** or via email at **banking.support@bluevine.com**. For additional information regarding the error or dispute process, review your Account Agreement, located in your Documents page at app.bluevine.com/dashboard/documents/.

Banking services provided by Coastal Community Bank, Member FDIC. This Bluevine Card is issued by Coastal Community Bank, Member FDIC, pursuant to license by Mastercard International.

**Bluevine Business Checking Account Sweep Program Monthly Statement**

Demand or Savings Option (formerly known as ICS®)

The following is a summary of your deposit balance held at each Program Bank as of the date indicated. These deposits have been placed by us, as your agent and custodian, in deposit accounts as described in the Bluevine Business Checking Account Agreement Sweep Disclosure.

## Summary of balances as of January 31,2025

| FDIC-Insured institution | Amount |
|---|---:|
| Coastal Community Bank | $18,056.93 |

The Sweep Program Monthly Statement summary of balances on this statement reflects the starting balance on the last business day of the month and includes accrued interest for the month, if any.

**bluevine**

Bluevine Inc.
30 Montgomery St, Suite 1400
Jersey City, NJ 07302
www.bluevine.com
+1 (888) 216-9619

FLORIDA MONSTER CHEF
Jayson Lopez
7533 West Sand Lake Road
Sand Lake, FL 32819

## Account statement

**Account Number:**
    122

**Statement Period:**
January 2025 (Jan. 1, 2025 - Jan. 31, 2025)

## Activity summary

| | |
|---|---|
| **Beginning Balance on 01/01/2025** | $280.37 |
| **Deposits/credits** | $62,416.64 |
| **Withdrawals/debits** | $-56,705.95 |
| **Ending balance on 01/31/2025** | **$5,991.06** |

## Transactions

| Date | Description | Amount |
|---|---|---|
| **01/03/25** | ACH BILLING NSF, RETURN FEE | $-20.00 |
| **01/03/25** | BRANDCODERS LLC, 052C1DCC-8, 407-435-6763 | $-249.00 |
| **01/06/25** | eventbrite.com, 114573443 | $1,416.64 |
| **01/06/25** | Same-day ACH fee | $-5.00 |
| **01/06/25** | Same-day ACH to David Gerstman | $-692.50 |
| **01/09/25** | Transfer to Bluevine Checking 7339 | $-200.00 |
| **01/09/25** | ACH payment to Nora Stoney | $-300.00 |
| **01/13/25** | Transfer from Bluevine Checking 7339 | $3,000.00 |
| **01/14/25** | ACH payment to Epicenter Mu... | $-625.00 |

| Date | Description | Amount |
|---|---|---|
| **01/14/25** | ACH payment to David Gerstman | $-900.00 |
| **01/14/25** | ACH payment to Luis Garcia | $-500.00 |
| **01/14/25** | ACH payment to Napolean Hol... | $-625.00 |
| **01/17/25** | Transfer from Bluevine Checking 7339 | $14,400.00 |
| **01/20/25** | Transfer to Payroll Account 2054 | $-14,980.00 |
| **01/21/25** | Transfer from Bluevine Checking 7339 | $20,000.00 |
| **01/21/25** | Transfer from Bluevine Checking 7339 | $1,800.00 |
| **01/21/25** | ACH payment to Romano Arcaini | $-400.00 |
| **01/21/25** | ACH payment to Paul Van Wor... | $-800.00 |
| **01/21/25** | ACH payment to Peter San Pedro | $-500.00 |
| **01/21/25** | Transfer from Bluevine Checking 7339 | $1,800.00 |
| **01/21/25** | ACH payment to Nora Stoney | $-300.00 |
| **01/21/25** | ACH payment to Joanna Walters | $-1,500.00 |
| **01/22/25** | ACH payment to Luis Garcia | $-1,000.00 |
| **01/22/25** | ACH payment to Fells Point ... | $-12,849.26 |
| **01/23/25** | ACH payment to Mr Greenjean... | $-777.90 |
| **01/23/25** | Transfer to Payroll Account 2054 | $-5,000.00 |
| **01/27/25** | Transfer from Bluevine Checking 7339 | $20,000.00 |
| **01/27/25** | ACH payment to Mr Greenjean... | $-1,360.95 |
| **01/28/25** | FELLS POINT, RETRY PYMT | $-8,426.99 |
| **01/28/25** | ACH payment to Joanna Walters | $-1,500.00 |
| **01/28/25** | ACH payment to Nora Stoney | $-300.00 |
| **01/29/25** | ACH payment to Nora Stoney | $-600.00 |
| **01/29/25** | NapoSax LLC, SQ250129 , T3JF1J4XEFNPE1A | $-1,262.50 |
| **01/31/25** | CHEFSWAREHOUSEWE, PURCHASE | $-1,031.85 |

The ending balance appearing under account activity summary on this statement reflects the ending balance on the last business day of the month and does not include the accrued monthly interest, if any.

In case of errors or questions about your electronic funds transfers or non-electronic transactions, contact Customer Support at **1-888-216-9619** or via email at **banking.support@bluevine.com**. For additional information regarding the error or dispute process, review your Account Agreement, located in your Documents page at app.bluevine.com/dashboard/documents/.

Banking services provided by Coastal Community Bank, Member FDIC. This Bluevine Card is issued by Coastal Community Bank, Member FDIC, pursuant to license by Mastercard International.

**Bluevine Business Checking Account Sweep Program Monthly Statement**
Demand or Savings Option (formerly known as ICS$^{®}$)

The following is a summary of your deposit balance held at each Program Bank as of the date indicated. These deposits have been placed by us, as your agent and custodian, in deposit accounts as described in the Bluevine Business Checking Account Agreement Sweep Disclosure.

## Summary of balances as of January 31,2025

| FDIC-Insured institution | Amount |
|---|---|
| Coastal Community Bank | $7,022.91 |

The Sweep Program Monthly Statement summary of balances on this statement reflects the starting balance on the last business day of the month and includes accrued interest for the month, if any.

# bluevine

Bluevine Inc.
30 Montgomery St, Suite 1400
Jersey City, NJ 07302
www.bluevine.com
+1 (888) 216-9619

FLORIDA MONSTER CHEF

Jayson Lopez

7533 West Sand Lake Road

Sand Lake, FL 32819

## Account statement

**Account Number:**
2054

**Statement Period:**
January 2025 (Jan. 1, 2025 - Jan. 31, 2025)

## Activity summary

| | |
|---|---|
| **Beginning Balance on 01/01/2025** | $49,542.73 |
| **Deposits/credits** | $81,229.20 |
| **Withdrawals/debits** | $-113,830.90 |
| **Ending balance on 01/31/2025** | **$16,941.03** |

## Transactions

| Date | Description | Amount |
|---|---|---|
| **01/03/25** | Same-day ACH fee | $-5.00 |
| **01/03/25** | Same-day ACH to E8 Hospital... | $-15,000.00 |
| **01/03/25** | Same-day ACH fee | $-5.00 |
| **01/03/25** | Same-day ACH to 975 virgini... | $-2,100.00 |
| **01/03/25** | ACH payment to Sophia Turner | $-259.36 |
| **01/06/25** | ACH payment to Deion Corra | $-1,432.94 |
| **01/06/25** | Same-day ACH fee | $-5.00 |
| **01/06/25** | Same-day ACH fee | $-5.00 |
| **01/06/25** | Same-day ACH to Geovonte Ba... | $-544.60 |

| 01/06/25 | Same-day ACH fee | $-5.00 |
|---|---|---|
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH to Jose Cruz | $-228.45 |
| 01/06/25 | ACH payment to Juliana Hern... | $-92.35 |
| 01/06/25 | Same-day ACH to Patricia Cy... | $-373.84 |
| 01/06/25 | Same-day ACH to Willy Dory | $-316.42 |
| 01/06/25 | Same-day ACH to Noah DePriest | $-586.41 |
| 01/06/25 | Same-day ACH to Eban Claude... | $-378.03 |
| 01/06/25 | Same-day ACH to Mariane Ito... | $-696.49 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH to Isabella Jaber | $-214.36 |
| 01/06/25 | Same-day ACH to Louis Jackson | $-412.71 |
| 01/06/25 | Same-day ACH to peterly jean | $-882.04 |
| 01/06/25 | Same-day ACH to Julian Jimenez | $-194.06 |
| 01/06/25 | Same-day ACH to Ruthmaielle... | $-497.70 |
| 01/06/25 | Same-day ACH to Carlos Suarez | $-237.52 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH to Edilne Bata... | $-417.89 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH to Jordan Cuenca | $-287.95 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH fee | $-5.00 |

| Date | Description | Amount |
|---|---|---|
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH to Jalynn Rose... | $-458.88 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH to Angel Ortiz... | $-223.86 |
| 01/06/25 | Same-day ACH to Renoit Lorin | $-436.93 |
| 01/06/25 | Same-day ACH to Dylan Murphy | $-306.66 |
| 01/06/25 | Same-day ACH to Elijah Ross | $-284.13 |
| 01/06/25 | Same-day ACH to Zachery Sha... | $-164.23 |
| 01/06/25 | Same-day ACH to Obed Taylor | $-399.19 |
| 01/06/25 | Same-day ACH to Michael Wright | $-717.80 |
| 01/06/25 | Same-day ACH to Ishbell Her... | $-688.18 |
| 01/06/25 | SEND CASH RETURN | $259.36 |
| 01/06/25 | Same-day ACH to Damian Clarke | $-278.99 |
| 01/06/25 | Same-day ACH to Deion Corra | $-487.69 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH fee | $-5.00 |
| 01/06/25 | Same-day ACH to Jada Villan... | $-424.41 |
| 01/06/25 | Same-day ACH to Beth Cervinsky | $-604.49 |
| 01/07/25 | SEND CASH RETURN | $1,432.94 |

| | | |
|---|---|---|
| **01/07/25** | SEND CASH RETURN | $487.69 |
| **01/07/25** | Same-day ACH fee | $5.00 |
| **01/08/25** | Transfer to Bluevine Checking 7339 | $-6,730.00 |
| **01/08/25** | E8 Hospitality, Bluevine | $4,900.00 |
| **01/09/25** | FCI-LN SVC TRUST, LOAN PMT. | $-12,057.95 |
| **01/09/25** | Transfer from Bluevine Checking 7339 | $3,500.00 |
| **01/09/25** | Transfer to Bluevine Checking 7339 | $-1,800.00 |
| **01/09/25** | Transfer to Bluevine Checking 7339 | $-2,000.00 |
| **01/11/25** | Transfer from Bluevine Checking 7339 | $6,500.00 |
| **01/11/25** | Transfer to Bluevine Checking 7339 | $-2,000.00 |
| **01/13/25** | Same-day ACH fee | $-5.00 |
| **01/13/25** | Same-day ACH fee | $-5.00 |
| **01/13/25** | Same-day ACH to peterly jean | $-988.24 |
| **01/13/25** | Same-day ACH to Julian Jimenez | $-113.35 |
| **01/13/25** | Same-day ACH to Isabella Jaber | $-252.64 |
| **01/13/25** | Same-day ACH to Renoit Lorin | $-659.21 |
| **01/13/25** | Same-day ACH fee | $5.00 |
| **01/13/25** | Same-day ACH fee | $-5.00 |
| **01/13/25** | Same-day ACH to Ruthmaielle... | $-659.21 |
| **01/13/25** | Same-day ACH to Dylan Murphy | $-801.22 |
| **01/13/25** | Same-day ACH to Renoit Lorin | $-442.95 |
| **01/13/25** | Same-day ACH to Jalynn Rose... | $-900.69 |
| **01/13/25** | Same-day ACH to Ha Nguyen | $-1,294.87 |
| **01/13/25** | Same-day ACH fee | $-5.00 |
| **01/13/25** | Same-day ACH fee | $-5.00 |
| **01/13/25** | Same-day ACH fee | $-5.00 |
| **01/13/25** | Same-day ACH fee | $-5.00 |
| **01/13/25** | Same-day ACH fee | $-5.00 |

| 01/13/25 | Same-day ACH fee | $-5.00 |
|---|---|---|
| 01/13/25 | Same-day ACH to Angel Ortiz... | $-260.05 |
| 01/13/25 | Same-day ACH to Shuler Osburne | $-111.24 |
| 01/13/25 | Same-day ACH to Elijah Ross | $-271.30 |
| 01/13/25 | Same-day ACH to Ayanna Santos | $-358.56 |
| 01/13/25 | Same-day ACH to Carlos Suarez | $-516.94 |
| 01/13/25 | Same-day ACH to Zachery Sha... | $-470.46 |
| 01/13/25 | Same-day ACH to Obed Taylor | $-450.57 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | Same-day ACH to Ishbell Her... | $-1,236.26 |
| 01/13/25 | Same-day ACH to Michael Wright | $-1,203.85 |
| 01/13/25 | Same-day ACH to Jada Villan... | $-1,413.51 |
| 01/13/25 | Check payment to Sophia Turner | $-166.66 |
| 01/13/25 | Check payment to Sophia Turner | $-92.70 |
| 01/13/25 | Same-day ACH to Damian Clarke | $-231.44 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | ACH payment to Juliana Hern... | $-92.35 |
| 01/13/25 | Same-day ACH to Jordan Cuenca | $-139.36 |
| 01/13/25 | Same-day ACH to Jose Cruz | $-425.95 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | Same-day ACH fee | $-5.00 |

| Date | Description | Amount |
|---|---|---|
| 01/13/25 | Same-day ACH to Noah DePriest | $-438.04 |
| 01/13/25 | Same-day ACH to Willy Dory | $-298.14 |
| 01/13/25 | Same-day ACH to Mariane Ito... | $-637.96 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | Same-day ACH to Louis Jackson | $-539.00 |
| 01/13/25 | Cancel Money Transfer from Web | $659.21 |
| 01/13/25 | Transfer from Bluevine Checking 7339 | $8,000.00 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | Same-day ACH to Tomica Antoine | $-846.91 |
| 01/13/25 | Same-day ACH to Geovonte Ba... | $-670.60 |
| 01/13/25 | Same-day ACH to Edilne Bata... | $-475.61 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | Same-day ACH to Beth Cervinsky | $-1,105.31 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/13/25 | Same-day ACH to Eban Claude... | $-277.31 |
| 01/13/25 | Same-day ACH to Patricia Cy... | $-631.18 |
| 01/13/25 | Same-day ACH fee | $-5.00 |
| 01/14/25 | Same-day ACH fee | $-5.00 |
| 01/14/25 | Same-day ACH to Marianne Webb | $-278.81 |
| 01/20/25 | Transfer from Bluevine Checking 7339 | $3,250.00 |
| 01/20/25 | Transfer from Vendor Account 7122 | $14,980.00 |

| 01/21/25 | ACH payment to Juliana Hern... | $-92.35 |
|---|---|---|
| 01/21/25 | Same-day ACH fee | $-5.00 |
| 01/21/25 | Same-day ACH to Patricia Cy... | $-852.69 |
| 01/21/25 | Same-day ACH to Ty Cruz | $-320.10 |
| 01/21/25 | Same-day ACH to Jordan Cuenca | $-511.19 |
| 01/21/25 | Same-day ACH to Mariane Ito... | $-1,182.64 |
| 01/21/25 | Same-day ACH to Louis Jackson | $-575.19 |
| 01/21/25 | Same-day ACH fee | $-5.00 |
| 01/21/25 | Same-day ACH fee | $-5.00 |
| 01/21/25 | Same-day ACH fee | $-5.00 |
| 01/21/25 | Same-day ACH fee | $-5.00 |
| 01/21/25 | Same-day ACH fee | $-5.00 |
| 01/21/25 | Same-day ACH fee | $-5.00 |
| 01/21/25 | Same-day ACH fee | $-5.00 |
| 01/21/25 | Same-day ACH fee | $-5.00 |
| 01/21/25 | Same-day ACH fee | $-5.00 |
| 01/21/25 | Same-day ACH fee | $-5.00 |
| 01/21/25 | Same-day ACH fee | $-5.00 |
| 01/21/25 | Same-day ACH fee | $-5.00 |
| 01/21/25 | Same-day ACH fee | $-5.00 |
| 01/21/25 | Same-day ACH to Obed Taylor | $-424.88 |
| 01/21/25 | Same-day ACH to Jada Villan... | $-482.51 |
| 01/21/25 | Same-day ACH to Ishbell Her... | $-688.19 |
| 01/21/25 | Same-day ACH to Ayanna Santos | $-223.23 |
| 01/21/25 | Same-day ACH to Michael Wright | $-1,332.42 |
| 01/21/25 | Same-day ACH to Carlos Suarez | $-372.50 |
| 01/21/25 | Same-day ACH fee | $-5.00 |

| Date | Description | Amount |
|---|---|---|
| **01/21/25** | Same-day ACH to Elijah Ross | $-480.60 |
| **01/21/25** | Same-day ACH to Shuler Osburne | $-118.41 |
| **01/21/25** | Same-day ACH fee | $-5.00 |
| **01/21/25** | Wire to Noah DePriest | $-428.72 |
| **01/21/25** | Same-day ACH to Eban Claude... | $-361.22 |
| **01/21/25** | Same-day ACH to Beth Cervinsky | $-819.71 |
| **01/21/25** | Same-day ACH to Damian Clarke | $-418.78 |
| **01/21/25** | Same-day ACH to Jose Cruz | $-530.94 |
| **01/21/25** | Same-day ACH to Tomica Antoine | $-765.77 |
| **01/21/25** | Same-day ACH to Edilne Bata... | $-484.37 |
| **01/21/25** | Same-day ACH to Geovonte Ba... | $-596.51 |
| **01/21/25** | Check payment to Sophia Turner | $-308.62 |
| **01/21/25** | Check payment to Florida St... | $-41.54 |
| **01/21/25** | Same-day ACH fee | $-5.00 |
| **01/21/25** | Same-day ACH fee | $-5.00 |
| **01/21/25** | Same-day ACH fee | $-5.00 |
| **01/21/25** | Wire fee | $-7.50 |
| **01/21/25** | Same-day ACH fee | $-5.00 |
| **01/21/25** | Same-day ACH fee | $-5.00 |
| **01/21/25** | Same-day ACH fee | $-5.00 |
| **01/21/25** | Same-day ACH fee | $-5.00 |
| **01/21/25** | Check payment to Deion Corra | $-714.99 |
| **01/21/25** | Same-day ACH fee | $-5.00 |
| **01/21/25** | Same-day ACH fee | $-5.00 |
| **01/21/25** | Same-day ACH fee | $-5.00 |
| **01/21/25** | Same-day ACH fee | $-5.00 |
| **01/21/25** | Same-day ACH fee | $-5.00 |
| **01/21/25** | Same-day ACH to Jalynn Rose... | $-774.61 |

| 01/21/25 | Same-day ACH to Angel Ortiz... | $-364.05 |
| 01/21/25 | Same-day ACH to Ha Nguyen | $-664.95 |
| 01/21/25 | Same-day ACH to Ruthmaielle... | $-647.80 |
| 01/21/25 | Same-day ACH to Renoit Lorin | $-563.32 |
| 01/21/25 | Same-day ACH to peterly jean | $-1,071.20 |
| 01/21/25 | Same-day ACH to Dylan Murphy | $-218.52 |
| 01/21/25 | Same-day ACH to Isabella Jaber | $-215.13 |
| 01/21/25 | Same-day ACH to Willy Dory | $-386.41 |
| 01/23/25 | Transfer from Vendor Account 7122 | $5,000.00 |
| 01/23/25 | Transfer from Bluevine Checking 7339 | $5,250.00 |
| 01/25/25 | Transfer from Bluevine Checking 7339 | $10,000.00 |
| 01/27/25 | Same-day ACH fee | $-5.00 |
| 01/27/25 | Same-day ACH fee | $-5.00 |
| 01/27/25 | Same-day ACH to Mariane Ito... | $-1,044.62 |
| 01/27/25 | Same-day ACH to Willy Dory | $-445.70 |
| 01/27/25 | Same-day ACH fee | $-5.00 |
| 01/27/25 | Same-day ACH to Eban Claude... | $-199.06 |
| 01/27/25 | Same-day ACH to Noah DePriest | $-198.32 |
| 01/27/25 | Same-day ACH to Patricia Cy... | $-966.29 |
| 01/27/25 | Same-day ACH fee | $-5.00 |
| 01/27/25 | Same-day ACH to Jordan Cuenca | $-562.24 |
| 01/27/25 | Same-day ACH to Jordan Cuenca | $-562.24 |
| 01/27/25 | Same-day ACH to Ty Cruz | $-233.58 |
| 01/27/25 | Same-day ACH fee | $-5.00 |
| 01/27/25 | Same-day ACH fee | $-5.00 |
| 01/27/25 | Same-day ACH to Jose Cruz | $-497.96 |
| 01/27/25 | Same-day ACH to Damian Clarke | $-1,056.12 |
| 01/27/25 | Same-day ACH fee | $-5.00 |

| Date | Description | Amount |
|---|---|---|
| **01/27/25** | Check payment to Deion Corra | $-899.10 |
| **01/27/25** | Same-day ACH fee | $-5.00 |
| **01/27/25** | Same-day ACH fee | $-5.00 |
| **01/27/25** | Same-day ACH fee | $-5.00 |
| **01/27/25** | Same-day ACH to Angel Ortiz... | $-377.71 |
| **01/27/25** | Same-day ACH to Elijah Ross | $-398.60 |
| **01/27/25** | Same-day ACH to Jalynn Rose... | $-977.20 |
| **01/27/25** | Same-day ACH to Renoit Lorin | $-564.27 |
| **01/27/25** | Same-day ACH fee | $-5.00 |
| **01/27/25** | Same-day ACH fee | $-5.00 |
| **01/27/25** | Same-day ACH fee | $-5.00 |
| **01/27/25** | Same-day ACH fee | $-5.00 |
| **01/27/25** | Same-day ACH fee | $-5.00 |
| **01/27/25** | Same-day ACH to Ruthmaielle... | $-616.99 |
| **01/27/25** | Same-day ACH fee | $-5.00 |
| **01/27/25** | Same-day ACH fee | $-5.00 |
| **01/27/25** | Same-day ACH fee | $-5.00 |
| **01/27/25** | Same-day ACH fee | $-5.00 |
| **01/27/25** | Same-day ACH to Michael Wright | $-1,484.66 |
| **01/27/25** | Same-day ACH fee | $-5.00 |
| **01/27/25** | Same-day ACH to Ishbell Her... | $-688.18 |
| **01/27/25** | Same-day ACH to Jada Villan... | $-286.26 |
| **01/27/25** | Same-day ACH to Ayanna Santos | $-275.06 |
| **01/27/25** | Same-day ACH to Carlos Suarez | $-390.68 |
| **01/27/25** | Same-day ACH to Obed Taylor | $-507.02 |
| **01/27/25** | Same-day ACH fee | $-5.00 |
| **01/27/25** | Same-day ACH fee | $-5.00 |
| **01/27/25** | Same-day ACH fee | $-5.00 |

| 01/27/25 | Same-day ACH fee | $-5.00 |
|---|---|---|
| 01/27/25 | Same-day ACH fee | $-5.00 |
| 01/27/25 | Same-day ACH to Shuler Osburne | $-144.74 |
| 01/27/25 | Same-day ACH to Ha Nguyen | $-718.74 |
| 01/27/25 | Same-day ACH fee | $-5.00 |
| 01/27/25 | Same-day ACH to Isabella Jaber | $-221.48 |
| 01/27/25 | Same-day ACH to Louis Jackson | $-608.94 |
| 01/27/25 | Same-day ACH to peterly jean | $-1,016.26 |
| 01/27/25 | Same-day ACH fee | $-5.00 |
| 01/27/25 | Same-day ACH fee | $-5.00 |
| 01/27/25 | Same-day ACH to Beth Cervinsky | $-1,073.84 |
| 01/27/25 | Same-day ACH to Edilne Bata... | $-430.77 |
| 01/27/25 | Same-day ACH to Tomica Antoine | $-845.42 |
| 01/27/25 | Same-day ACH to Geovonte Ba... | $-641.99 |
| 01/27/25 | Same-day ACH fee | $-5.00 |
| 01/27/25 | Same-day ACH fee | $-5.00 |
| 01/28/25 | ACH payment to Michael Wright | $-984.80 |
| 01/28/25 | Check payment to Florida St... | $-41.54 |
| 01/29/25 | Transfer to Bluevine Checking 7339 | $-250.00 |
| 01/29/25 | Transfer from Bluevine Checking 7339 | $17,000.00 |

The ending balance appearing under account activity summary on this statement reflects the ending balance on the last business day of the month and does not include the accrued monthly interest, if any.

In case of errors or questions about your electronic funds transfers or non-electronic transactions, contact Customer Support at **1-888-216-9619** or via email at **banking.support@bluevine.com**. For additional information regarding the error or dispute process, review your Account Agreement, located in your Documents page at app.bluevine.com/dashboard/documents/.

Banking services provided by Coastal Community Bank, Member FDIC. This Bluevine Card is issued by Coastal Community Bank, Member FDIC, pursuant to license by Mastercard International.

**Bluevine Business Checking Account Sweep Program Monthly Statement**

Demand or Savings Option (formerly known as ICS®)

The following is a summary of your deposit balance held at each Program Bank as of the date indicated. These deposits have been placed by us, as your agent and custodian, in deposit accounts as described in the Bluevine Business Checking Account Agreement Sweep Disclosure.

## Summary of balances as of January 31,2025

| FDIC-Insured institution | Amount |
|---|---:|
| Coastal Community Bank | $16,941.03 |

The Sweep Program Monthly Statement summary of balances on this statement reflects the starting balance on the last business day of the month and includes accrued interest for the month, if any.